DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
Email: vanhavermaatd@sec.gov
DAVID M. ROSEN (Cal. Bar No. 150880)
Email: rosend@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CORTEZ MARSHALL,<br><br>Defendant. | Case No. 2:17-cv-2189-JAD-GWF<br><br>**JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT ROBERT CORTEZ MARSHALL TO CONTINUE PRETRIAL DATES** |

1     Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and
2 defendant Robert Cortez Marshall ("Marshall"), by and through their undersigned
3 counsel, jointly move as follows:
4     On May 7, 2018, the Court entered an order that, among other things, set
5 August 19, 2018 as the last date to file dispositive motions in this action. (Dkt. No.
6 15). That order was entered pursuant to a stipulation whereby Marshall requested an
7 extension of the pretrial deadlines to allow him adequate time to conduct discovery.
8 (Dkt. No. 14).
9     The parties have now reached a tentative settlement with regard to the SEC's
10 claims against Marshall that would result in the entry of a bifurcated judgment
11 against Marshall. The settlement is tentative because it is dependent upon the
12 Commission authorizing the specific amount of civil penalty that it would seek from
13 Marshall, and only the SEC Commissioners in Washington D.C. can make that
14 authorization. The authorization process typically takes several weeks, and the SEC
15 staff has already begun attempting diligently to obtain authorization regarding the
16 civil penalty amount. The SEC staff expects that the SEC Commissioners will
17 authorize the civil penalty amount within 30 days of the date of this joint motion.
18     In light of the tentative settlement between the SEC and Marshall, the parties
19 respectfully request that final date to file dispositive motions be continued for 30
20 days, until September 18, 2018, to provide time for the SEC Commissioners to
21 authorize the civil penalty amount. The SEC staff will notify the Court immediately
22 if it appears that authorization of the penalty amount will not take place within 30
23 days of this motion.
24 ///
25 ///
26 ///
27 ///
28 ///

| | |
|---|---|
| DATED: August 9, 2018 | */s/ David J. Van Havermaat*<br>David J. Van Havermaat<br>Attorney for Plaintiff<br>Securities and Exchange Commission |
| DATED: August 9, 2018 | */s/ H. Stan Johnson*<br>H. Stan Johnson<br>Attorney for Defendant<br>Robert Cortez Marshall |

**IT IS SO ORDERED.**

Dated: 8/13/2018

_____
HON. GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE