UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:17-cv-02189-JAD-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT CORTEZ MARSHALL, *et al.*, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Motion to Extend Pretrial Dates (ECF No. 16), filed on August 9, 2018. The Court granted the parties' joint motion to continue pretrial dates on August 13, 2018. *See* ECF No. 17. The parties represent that they reached a tentative settlement agreement regarding the SEC's claims against Defendant that would result in the entry of a bifurcated judgment against Defendant. The settlement was subject to the authorization of SEC Commissioners and the parties estimated the authorization to take place within 30 days of their joint motion. To date, the parties have not filed any dismissal documents. The parties shall file a status report regarding settlement no later than **November 2, 2018**. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a status report regarding settlement no later than **November 2, 2018.**

Dated this 26th day of October, 2018.

GEORGE FOLEY, JR
UNITED STATES MAGISTRATE JUDGE