**COHEN|JOHNSON|PARKER|EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
375 East Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT CORTEZ MARCHALL,<br><br>Defendants | Case No.: 2:17-CV-2189<br><br>**STIPULATION AND ORDER** |

**THE STIPULATING PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE:**

**A. Defendant's Access to Documents:** On or before May 13, 2019, Plaintiff shall produce to Defendant the financial records from which its disgorgement amount is calculated, along with an identification of the account entries underlying those calculations.

**B. Defandant's Response:** On or before June 13, 2019, Defendant shall produce to Plaintiff any documentation which Defendant contends supports a characterization of any of the items in those calculations as business expenses or reimbursements.

**C.    Follow Up**: The parties stipulate that the hearing currently scheduled for April 23, 2019 shall be continued.  On or before July 15, 2019, the parties shall either submit a proposed

stipulation for supplemental briefing on the SEC's motion for relief, or shall submit a proposed stipulation for a new hearing date on the SEC's motion.

Dated this __18th__ day of April 2019.   Dated this __18th_ day of April, 2019

COHEN JOHNSON PARKER EDWARDS   SECURITIES AND EXCHANGE COMMISSION

By:*/s/ H. Stan Johnson*_____   By: _*/s/ Amy Longo*_____
H. Stan Johnson, Esq.
Nevada Bar No.: 00265   Amy Longo, Esq.
sjohnson@cohenjohnson.com   David M. Rosen, Esq.
375 East Warm Springs Road, Suite 104   444 S. Flower Street, Suite 900
Las Vegas, Nevada 89119   Los Angeles, California 90071
Telephone: (702) 823-3500
Facsimile: (702) 823-3400

**IT IS SO ORDERED.**

DATED this __19th__ day of ____April____, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2