AMY JANE LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
DAVID M. ROSEN (Cal. Bar No. 150880)
Email: rosend@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:17-cv-2189-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
| vs. | |
| ROBERT CORTEZ MARSHALL, | |
| Defendant. | |

1

Pursuant to the Court's Order dated April 19, 2019 (Dkt. No. 32), the parties, by and through their undersigned counsel, hereby stipulate and agree as follow:

A. Defendant's Supplemental Brief:  Defendant may submit a supplemental brief concerning the SEC's motion for monetary relief (Dkt. No. 28), on or before October 14, 2019;

B. Plaintiff's Reply:  Plaintiff shall reply to any supplemental brief that Defendant files within 30 days after the filing of said brief, or no later than November 12, 2019; and,

C. Hearing:  The parties request a hearing be set within 30 days from the filing of Plaintiff's reply brief, or on or around December 11, 2019 or any date convenient for the Court thereafter.

DATED:  July 15, 2019          /s/ *Amy Jane Longo*
                               Amy Jane Longo
                               Attorney for Plaintiff
                               Securities and Exchange Commission


DATED:  July 15, 2019          /s/ *H. Stan Johnson*
                               H. Stan Johnson
                               Cohen Johnson Parker Edwards
                               Attorney for Defendant Robert Cortez Marshall

   **IT IS SO ORDERED.**


DATED:  7/16/2019          _____
                           UNITED STATES MAGISTRATE JUDGE