AMY JANE LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
DAVID M. ROSEN (Cal. Bar No. 150880)
Email: rosend@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CORTEZ MARSHALL,<br><br>Defendant. | Case No. 2:17-cv-2189-JAD-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF SEC'S MOTION FOR FINAL JUDGMENT SETTING AMOUNTS OF DISGORGEMENT AND PREJUDGMENT INTEREST AGAINST DEFENDANT ROBERT CORTEZ MARSHALL (SECOND REQUEST)** |

1

IT IS HEREBY STIPULATED, by and between Plaintiff SECURITIES AND EXCHANGE COMMISSION and Defendant ROBERT CORTEZ MARSHALL, by and through their respective counsel of record, as follows:

1. On October 21, 2019 (Dkt. No. 37), the Court set a hearing date of November 25, 2019 at 10:00 a.m., for Plaintiff Securities and Exchange Commission's ("SEC") Motion for Final Judgment Setting Amounts of Disgorgement and Prejudgment Interest against Defendant Robert Cortez Marshall.

2. The SEC's lead trial counsel, Amy Jane Longo, has a previously scheduled hearing that same day in Los Angeles in the matter *SEC v. Yuh Yue Chen*, 2:19-cv-02734-DSF-E (C.D. Cal.; Hon. Dale Fischer), in which Ms. Longo is also the SEC's lead trial counsel.

3. The SEC initially filed this motion on February 13, 2019 (Dkt. No. 28). The motion was first set for hearing on April 23, 2019 (Dkt. No. 31). The parties then stipulated to permit supplemental briefing, and requested that the Court reset the hearing date following the supplemental briefing (Dkt. No. 35). Following the supplemental briefing period, the Court set the current hearing date of November 25, 2019. Thus, this is the parties' second request to move the hearing date on the SEC's motion.

4. Based on the SEC lead trial counsel's scheduling conflict, pursuant to LR IA 6-1, the parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

The hearing on the SEC's motion for monetary relief, currently set for

//
//
//
//
//

November 25, 2019, at 10:00 a.m., will be moved to December 2, 2019, at 10:00 a.m., or to the next available date convenient for the Court.

DATED: October 23, 2019  /s/ *Amy Jane Longo*
Amy Jane Longo
Attorney for Plaintiff
Securities and Exchange Commission

DATED: October 23, 2019  /s/ *H. Stan Johnson*
H. Stan Johnson
Cohen Johnson Parker Edwards
Attorney for Defendant Robert Cortez Marshall

## ORDER

**IT IS HEREBY ORDERED that the Stipulation and Order to Continue Hearing Date (ECF No. 38) is GRANTED.**

**IT FURTHER ORDERED that the hearing on November 25, 2019 is continued to December 4, 2019 at 10:00 a.m. in LV Courtroom 3B.**

DATED: October 24, 2019

THE HON. ELAYNA J. YOUCHACH
UNITED STATES MAGISTRATE JUDGE

3