HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 So. Casino Center Blvd.
Las Vegas Nevada 89104
Telephone: (702) 382-1714
Email: harold@gewerterlaw.com
*Attorneys for Defendant*
*Robert Cortez Marshall*

```
____FILED            ____RECEIVED
____ENTERED          ____SERVED ON
           COUNSEL/PARTIES OF RECORD

           DEC - 4 2019

      CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ROBERT CORTEZ MARSHALL,

    Defendant.

Case No.: 2:17-cv-02189-JAD-EJY

## **SUBSTITUTION OF ATTORNEY**

Defendant, Robert Cortez Marshall, hereby substitutes HAROLD P. GEWERTER, ESQ., of HAROLD P. GEWERTER, ESQ., LTD., as attorney of record in place and stead of H. Stan Johnson, Esq. of Cohen-Johnson, LLC.

Dated this 4 day of December, 2019.

_____
Robert Cortez Marshall

Dated this 4th day of December, 2019.

_____
H. Stan Johnson, Esq.
James L. Edwards, Esq.
Cohen-Johnson, LLC

-1-

I am duly admitted to practice in this District.

Above substitution accepted. I am retained Counsel.

Dated this 4 day of December, 2019.

_____
HAROLD P. GEWERTER, ESQ.
HAROLD P. GEWERTER, ESQ., LTD.

Approved:

_____
United States District Court Judge/
United States Magistrate Judge