AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,
               Plaintiff,

v.

ROBERT CORTEZ MARSHALL,

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02189-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in Favor of the Securities and Exchange Commission, against Robert Cortez Marshal as set forth in [45] Order Granting Plaintiff's Motion for Final Judgment Setting Amounts of Disgorgement, Prejudgment Interest, and Penalty; Order Overruling Objection to Magistrate Judge's Order; Final Judgment. Marshall must pay the following sums: $1,473,661 in disgorgement, prejudgment interest thereon of $286,103, and a civil penalty in the amount of $1,473,661; for a total sum of $3,233,425.

| | |
|---|---|
| 6/8/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |